Ali Shahrokhi
10695 Dean Martin Drive, #1214
Las Vegas, NV 89141
Telephone: 702-835-3558
Email: Alibe76@gmail.com
*Plaintiff in Propia Persona*

UNITED STATES DISTRICT COURT
LAS VEGAS, NEVADA

_____

| | |
|---|---|
| ALI SHAHROKHI, individually and as natural father and next friend for B.E.S, minor<br><br>Plaintiff,<br><br>   vs.<br><br>JUDGE MATTHEW HARTER In His Individual Capacity, THOMAS STANDISH, PHILIP SPRADLING, and KIZZY BURROW,<br><br>Defendants. | Case No. 2:20-cv-01623-JAD-NJK<br>ORDER GRANTING<br>PLAINTIFF ALI SHAHROKHI'S MOTION FOR FOURTEEN (14) DAY EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANTS THOMAS STANDISH AND PHILIP SPRADLING'S MOTION TO DISMISS (ANTI-SLAPP) [ECF. 15]; KIZZY BURROW'S JOINDER…, KIZZY BURROW'S MOTION TO DISMISS (ANTI-SLAPP) [ECF. 18]; AND DEFENDANT JUDGE MATHEW HARTER'S MOTION TO DISMISS… [ECF. 28].<br><br>(FIRST REQUEST) |

_____

**MOTION FOR REQUEST TO EXTEND DEADLINE**

Plaintiff, ALI SHAHROKHI, in proper person, hereby submits his Motion for Fourteen (14) Day Extension of Time to File Responses to Defendants' Motions to Dismiss [ECF. 15]; [ECF. 18]; and [ECF. 28].  This is the First Request for such extension of time.

(1)   As outlined below, good cause exists to grant the requested extension (the motion is not being made for improper purposes and/or being made for purposes of unreasonable delay).

(2)   A serious personal family matter has impacted my response time. Approximately, a week prior to Defendant Standish and Spradling's Motion to Dismiss [ECF. 15] being filed, my sister in California died.  I have been travelling back and forth handling her affairs.

(3)   Additionally, I was served with three Motions To Dismiss within a week of my sister's death and all require concurrent responses.

(4)   This case is very important to me and as a pro se litigant, the topics are complex and requires a lot of independent research on my part.

(5)   The issues presented in the Motions to Dismiss are numerous and I respectfully ask this Court for an additional Fourteen (14) days so that I may respond properly.

(6)    This case is complex and requires me, as a pro se litigant, to perform quite a bit of independent research.

Accordingly, a short fourteen day  extension of time to file responses to [ECF. 15]; [ECF. 18]; and [ECF. 28] is being requested.

**IT IS SO ORDERED.**

Dated: October 21, 2020

_____
United States Magistrate Judge