# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALI SHAHROKHI,

    Plaintiff(s),

v.

JUDGE MATHEW HARTER, et al.,

    Defendant(s).

Case No.: 2:20-cv-01623-JAD-NJK

**ORDER**

[Docket Nos. 64, 66]

On November 16, 2020, Plaintiff filed a subpoena for deposition and production of documents and an amended subpoena for deposition and production of documents. Docket Nos. 64, 66. Discovery-related documents must be served on opposing counsel, not filed on the docket unless ordered by the Court. *See* Local Rule 26-7 (stating deposition notices must not be filed until used in proceeding and absent court order); Fed.R.Civ.P. 5(d)(1) (stating deposition notices may not be filed until used in proceeding); *see also* Fed.R.Civ.P. 45(a)(4) (stating notice of intent to serve subpoena "must be *served* on each party") (emphasis added). No order has been entered in this case requiring Plaintiff to file a deposition notice. Accordingly, the Court **STRIKES** the above-referenced documents, and **INSTRUCTS** Plaintiff to refrain from filing discovery documents on the docket in the future absent a Court order that he do so.

IT IS SO ORDERED.

Dated: November 17, 2020

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge