1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALI SHAHROKHI,

      Plaintiff(s),

v.

JUDGE MATHEW HARTER, et al.,

      Defendant(s).

Case No.: 2:20-cv-01623-JAD-NJK

**ORDER**

[Docket No. 63]

12      Pending before the Court is Plaintiff's motion to extend the time to respond to Defendant

13 Judge Mathew Harter's objections to Plaintiff's requests for judicial notice and Defendants

14 Thomas Standish and Philip Spradling's joinder to one of Defendant Harter's objections, and to

15 reply to Defendants Standish and Spradling's answer to Plaintiff's complaint.  Docket No. 63.

16 Defendant Harter filed a notice of non-opposition to the motion.  Docket No. 73.  Defendants

17 Standish and Spradling did not file a response and the time to do so has now passed.  *See* Docket;

18 *see also* Docket No. 69.  No reply is needed.  The motion is properly resolved without a hearing.

19 *See* Local Rule 78-1.  For the reasons discussed more fully below, the Court **GRANTS** in part and

20 **DENIES** in part Plaintiff's motion.

21      On November 17, 2020, the Court issued an order instructing Defendants to file a response

22 to Plaintiff's motion no later than November 19, 2020.  Docket No. 69.  On November 18, 2020,

23 Defendant Harter filed a notice of non-opposition to Plaintiff's motion.  Docket No. 73.  To date,

24 Defendants Standish and Spradling have not filed a response.  *See* Docket.  Failure to respond to

25 a motion constitutes a consent to the granting of the motion.  Local Rule 7-2(d).  Further, in

26 examining the merits of the motion, the Court finds that there is good cause to extend the time for

27 Plaintiff to respond to Defendant Harter's objections to his requests for judicial notice and

28

1

Defendants Standish and Spradling's joinder to one of these objections.  Thus, the Court will grant Plaintiff's motion to extend the time to respond to these filings.

Plaintiff's motion also requests an extension to reply to Defendants Standish and Spradling's answer to his complaint.  Docket No. 63 at 1.  However, a reply to an answer is not permitted unless the Court orders one to be filed.  Fed.R.Civ.P. 7(a)(7).  Thus, Plaintiff's motion to extend the time to reply to Defendants Standish and Spradling's answer will be denied.

Accordingly, the motion is **GRANTED** with respect to Plaintiff's request to extend the time to respond to Defendant Harter's objections to his requests for judicial notice and Defendants Standish and Spradling's joinder to one of Defendant Harter's objections, and **DENIED** with respect to Plaintiff's request to extend the time to reply to Defendant Standish and Spradling's answer to his complaint.  Docket No. 63.  Plaintiff must file any responses to Defendants' objections and joinder no later than December 4, 2020.

IT IS SO ORDERED.

Dated: November 20, 2020

_____
Nancy J. Koppe
United States Magistrate Judge