UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Ali Shahrokhi,

    Plaintiff

v.

Matthew Harter, et al.,

    Defendants

Case No.: 2:20-cv-01623-JAD-NJK

**Order Striking Filings in Stayed Case**

On June 10, 2021, the court stayed this case until the conclusion of plaintiff's child-custody case, No. D-18-581208-P.[1] A stay means that this court will not take further action in this case unless and until the stay is lifted. Yet, on October 14, 2022, the plaintiff filed an amended complaint and submitted proposed summonses.[2] Because the filing of these documents violates the stay that remains in place,

IT IS HEREBY ORDERED that **the Clerk of Court is directed to STRIKE** from the docket the amended complaint and proposed summonses **[ECF Nos. 128, 129]**.

**Plaintiff is again cautioned that he may not file documents in this case at this time**—except a motion to alert the court that the child-custody case has been completed and to request that the stay be lifted.

 

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 17, 2022

---

[1] ECF No. 123.
[2] ECF Nos. 128, 129.