# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALI SHAHROKHI,<br><br>  Plaintiff,<br><br>v.<br><br>JUDGE MATTHEW HARTER, et al.,<br><br>  Defendants. | Case No. 2:20-cv-01623-JAD-NJK<br><br>**Order**<br><br>[Docket No. 168] |

Pending before the Court is Marzola & Ruiz Law Group PLLC's motion to withdraw as counsel for Defendant Kizzy Burrow. Ms. Burrow may file a response to the motion no later than June 8, 2023. The Clerk's Office is **INSTRUCTED** to email and mail a copy of this order to Ms. Burrow at the addresses provided in Docket No. 168 at 3.

IT IS SO ORDERED.

Dated: May 18, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Nancy J. Koppe
United States Magistrate Judge